# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANTIAGO OROZCO-LUNA,<br><br>Defendant. | No. 4:17-CR-6022-SMJ-2<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 73, 74** |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 73) and Defendant's Motion to Expedite (ECF No. 74). For the reasons set forth in Defendant's motion,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 74**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 73**) is

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1

**GRANTED**.  Special Condition of Release No. 11 (ECF No. 34) is modified to allow a curfew of 10:00 PM each day.

    3.    Defendant remains subject to the previously imposed Conditions and Special Conditions of Release (ECF No. 34).

DATED October 11, 2017.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE